Commonwealth ex rel. Wherry, Appellant, *v.*
Maroney.

Submitted November 9, 1964.
*Ralph E. Wherry,* appellant, in propria persona; *Ferdinand F. Bionaz,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., dissented.

Commonwealth ex rel. Wilson, Appellant, *v.*
Maroney.

Submitted November 9, 1964.
*Pearly Wilson,* appellant, in propria persona; *William F. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.

December 16, 1964

Wolf et al., Appellants, *v.* Needleman.

Argued September 17, 1964. *William A. Goichman,* for appellants; *Howard M. Girsh,* with him *George J. Lavin, Jr.,* and *Manuel Steinberg,* for appellee.

Judgment affirmed.